# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form.** *(COMPLETE ENTIRE FORM).*

**Fifth Cir. Case NO.** 23-10718

VanDerStok vs. Garland

(Short Title)

The Clerk will enter my appearance as Counsel for **Firearms Regulatory Accountability Coalition, Inc.**

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)  ☐ Respondent(s)  ☑ Amicus Curiae
☐ Appellant(s)  ☐ Appellee(s)  ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/Stephen J. Obermeier
(Signature)

sobermeier@wiley.law
(e-mail address)

Stephen J. Obermeier
(Type or print name)

DC Bar #: 979667
(State/Bar No.)

_____
(Title, if any)

Wiley Rein LLP
(Firm or Organization)

Address 2050 M Street NW

City & State Washington, DC     Zip 20036

Primary Tel. 202.719.7000     Cell Phone: 202.390.4269

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Stephen J. Obermeier

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
N/A

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☑ Yes  ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☑ Yes  ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes  ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case No.

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
Nos. 22-11071, 22-11086, 23-10463, and 23-10718 are currently pending in this court and arise from the same district court case. No. 23-10527 (CA5) and 4:23-cv-29 (NDTX) raise similar issues

Name of Court or Agency Court of Appeals for the Fifth Circuit; District Court for the Northern District of Texas

Status of Appeal (if any) 22-11071 and 22-11086 are fully briefed; the remaining appellate cases are stayed

Other Status (if not appealed) A preliminary injunction has been entered in 4:23-cv-29.

**NOTE:** Attach sheet to give further details.     DKT-5A REVISED January 2022