# United States Court of Appeals for the Fifth Circuit

_____

No. 23-10718
_____

Jennifer VanDerStok; Michael G. Andren; Tactical Machining, L.L.C., *a limited liability company*; Firearms Policy Coalition, Incorporated, *a nonprofit corporation*,

*Plaintiffs—Appellees*,

Blackhawk Manufacturing Group, Incorporated, *doing business as 80 Percent Arms*; Defense Distributed; Second Amendment Foundation, Incorporated, *Not an L.L.C., doing business as JSD Supply*, Polymer 80, Incorporated,

*Intervenor Plaintiffs—Appellees*,

*versus*

Merrick Garland, *U.S. Attorney General*; United States Department of Justice; Steven Dettelbach, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-691

_____

ORDER:

No. 22-51003

IT IS ORDERED that the unopposed motion of Firearms Regulatory Accountability Coalition, Incorporated to file an amicus curiae brief is GRANTED.

Lyle W. Cayce, *Clerk*

United States Court of Appeals

for the Fifth Circuit

/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT