# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 20, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10718   VanDerStok v. Garland
                     USDC No. 4:22-CV-691

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Lisa E. Ferrara*

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Mr. William V. Bergstrom
Mr. Nicholas Bruno
Mr. Richard Brent Cooper
Mr. Dennis Daniels
Mr. Chad Flores
Mr. Sean Janda
Mr. Stephen Obermeier
Mr. Peter A. Patterson
Mr. Brian Daniel Poe
Mr. Daniel M. Riess
Mr. Matthew Joseph Smid
Mr. David H. Thompson