# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 24, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10718   VanDerStok v. Garland
                    USDC No. 4:22-CV-691

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Roeshawn Johnson, Deputy Clerk
                              504-310-7998

Mr. William V. Bergstrom
Mr. Richard Brent Cooper
Mr. Dennis Daniels
Mr. Chad Flores
Mr. Sean Janda
Ms. Karen S. Mitchell
Mr. Stephen Obermeier
Mr. Peter A. Patterson
Mr. Brian Daniel Poe
Mr. Daniel M. Riess
Mr. Matthew Joseph Smid
Mr. David H. Thompson