

**U.S. Department of Justice**

Civil Division

---

VIA CM/ECF

July 25, 2023

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

RE:   *VanDerStok v. Garland* (No. 23-10718) (oral argument ordered for the next available argument calendar)

Dear Mr. Cayce:

   We respectfully write concerning the Court's order of July 24, 2023, granting in part and denying in part the government's request for a stay pending appeal.

   The government's motion requested (at 1) that, if the Court did not stay the district court's vacatur of the challenged regulation in full, the Court "enter an administrative stay of at least ten days to permit the Supreme Court to consider an application for a stay, should the Solicitor General elect to file one." The end of the Court's order states that "[t]o allow time for additional proceedings as appropriate, this order is administratively STAYED for 10 days." Order at 4. It appears that the Court may have intended to grant the government's request to extend the district court's seven-day administrative stay of its vacatur order, thereby allowing all provisions of the regulation to remain in effect for ten additional days. The government respectfully notes, however, that the Court's stay of its own order will not have that effect. Instead, as currently phrased, the Court's stay will mean that the district court's vacatur of the entire regulation will become effective when the district court's administrative stay expires at midnight tonight, and that this Court's partial stay of that vacatur as to the non-challenged portions of the regulation will not take effect for ten days. If the Court instead intended to grant the alternative relief requested in the government's motion, it should enter an additional administrative stay of the district court's vacatur.

Thank you for your attention to this matter.

                                  Sincerely,

                                  */s/ Sean R. Janda*
                                  Sean R. Janda
                                  Attorney

cc:    all counsel (via CM/ECF)

# CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system except for counsel listed below, who will be served by US Mail:

Dennis Daniels
Bradley Arant Boult Cummings, L.L.P.
1445 Ross Avenue, Suite 3600
Fountain Place
Dallas, TX 75202

/s/ *Sean R. Janda*
SEAN R. JANDA