# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 26, 2023

Mr. Stephen Obermeier
Wiley Rein, L.L.P.
2050 M Street, N.W.
Washington, DC 20036

    No. 23-10718   VanDerStok v. Garland
                         USDC No. 4:22-CV-691

Dear Mr. Obermeier,

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

The paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

The covers of your document must be the following color: Amicus brief must be green.

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs.

**DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Pamela F. Trice, Deputy Clerk
                         504-310-7633