# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 09, 2023

Mr. Sean Janda
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

     No. 23-10718   VanDerStok v. Garland
                       USDC No. 4:22-CV-691

Dear Mr. Janda,

We filed your record excerpts. However, you must make the following correction(s) by August 10, 2023.

You need to correct:

Documents that are not part of the record on appeal must be removed (Specifically Tab 5). The only documents to be filed in the record excerpts are those that are part of the district court record.

Note: Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system. Please do not send paper copies of the record excerpts until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient record excerpts **MUST** be dated on the actual date that service is being made. Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc:  Mr. William V. Bergstrom
　　 Mr. J. Mark Brewer
　　 Mr. Richard Brent Cooper
　　 Mr. Dennis Daniels
　　 Mr. Chad Flores
　　 Mr. Stephen Obermeier
　　 Mr. Peter A. Patterson
　　 Mr. Brian Daniel Poe
　　 Mr. Daniel M. Riess
　　 Mr. Matthew Joseph Smid
　　 Mr. Michael J. Sullivan
　　 Mr. David H. Thompson
　　 Ms. Abby Christine Wright