# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 11, 2023

Mr. Sean Janda
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

     No. 23-10718   VanDerStok v. Garland
                        USDC No. 4:22-CV-691

Dear Mr. Janda,

You must submit (4) paper copies of your record excerpts required by 5TH CIR. R. 30.1.2 within 1 day of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5TH CIR. R. 30.1.7(c).

**Due to the appeal being expedited, please overnight the paper copies of your record excerpts.**

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Roeshawn Johnson, Deputy Clerk
                                       504-310-7998

cc:  Mr. William V. Bergstrom
     Mr. J. Mark Brewer
     Mr. Richard Brent Cooper
     Mr. Dennis Daniels
     Mr. Chad Flores
     Mr. Stephen Obermeier
     Mr. Peter A. Patterson
     Mr. Brian Daniel Poe
     Mr. Daniel M. Riess
     Mr. Matthew Joseph Smid
     Mr. Michael J. Sullivan
     Mr. David H. Thompson

Ms. Abby Christine Wright