# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 17, 2023

Mr. Adam M. Katz
Cooley, L.L.P.
500 Boylston Street
Boston, MA 02116

      No. 23-10718    VanDerStok v. Garland
                            USDC No. 4:22-CV-691

Dear Mr. Katz,

The following pertains to your electronically filed appearance form.

The submitted appearance form does not match the registered attorney.

Each attorney must file his appearance form under his own log-in.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Linda B. Miles, Deputy Clerk
                                    504-310-7793