# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 17, 2023

Mr. Adam M. Katz
Cooley, L.L.P.
500 Boylston Street
Boston, MA 02116

    No. 23-10718    VanDerStok v. Garland
                          USDC No. 4:22-CV-691

Dear Mr. Katz,

You must submit (7) paper copies of your brief required by 5th Cir. R. 31.1 within 1 day of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

**Due to the appeal being expedited, please overnight the paper copies of your brief.**

**P.S. Mr. Katz: Please be advised we are taking no action on your motion to file the amicus brief because consent was included in the brief, the motion is unnecessary.**

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    *Roeshawn Johnson*
                          By: _____
                          Roeshawn Johnson, Deputy Clerk
                          504-310-7998

cc:  Mr. William V. Bergstrom
     Mr. Connor McCarthy Blair
     Mr. J. Mark Brewer
     Mr. Richard Brent Cooper
     Mr. Dennis Daniels
     Mr. Chad Flores
     Mr. Sean Janda
     Mr. Stephen Obermeier
     Mr. Peter A. Patterson
     Mr. Brian Daniel Poe
     Mr. Daniel M. Riess
     Mr. Matthew Joseph Smid
     Mr. Michael J. Sullivan

Mr. John Parker Sweeney
Mr. David H. Thompson
Ms. Abby Christine Wright