No. 23-10718

# In the United States Court of Appeals for the Fifth Circuit

---

JENNIFER VANDERSTOK, *et al.*,
*Plaintiffs-Appellees*,

*v.*

MERRICK GARLAND, UNITED STATES ATTORNEY GENERAL, *et al.*,
*Defendants-Appellants*.

---

BLACKHAWK MANUFACTURING GROUP, INC., *d/b/a* 80 PERCENT ARMS, *et al.*,
*Intervenor Plaintiffs-Appellees*,

*v.*

MERRICK GARLAND, UNITED STATES ATTORNEY GENERAL, *et al.*,
*Defendants-Appellants*.

---

On Appeal from the United States District Court for the
Northern District of Texas, Fort Worth Division,
Case No. 4:22-cv-691 (Hon. Reed O'Connor)

---

**Consent Motion of Gun Violence Prevention Groups for Leave to File Brief as *Amici Curiae***

KATHLEEN R. HARTNETT
COOLEY LLP
3 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 693-2000
khartnett@cooley.com

ADAM M. KATZ
RACHEL H. ALPERT
COOLEY LLP
500 Boylston St.
Boston, MA 02116
Telephone: (617) 937-2351
akatz@cooley.com
ralpert@cooley.com

DANIEL GROOMS
COOLEY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 776-2042
dgrooms@cooley.com

*Counsel for Proposed Amici Curiae Gun Violence Prevention Groups*

# CERTIFICATE OF INTERESTED PERSONS

*VanDerStok, et al. v. Garland, et al.* (No. 23-10718)

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Local Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

| *Plaintiffs-Appellees* | *Counsel for Plaintiffs-Appellees* |
|---|---|
| Jennifer VanDerStok | David H. Thompson<br>Peter A. Patterson |
| Michael G. Andren | William V. Bergstrom<br>Cooper & Kirk, PLLC |
| Tactical Machining, LLC | |
| Firearms Policy Coalition | Richard Brent Cooper<br>Benjamin David Passey<br>Cooper & Sculley, P.C. |

| *Intervenor Plaintiffs-Appellees* | *Counsel for Intervenor Plaintiffs-Appellees* |
|---|---|
| Blackhawk Manufacturing Group, doing business as 80 Percent Arms | Michael J. Sullivan<br>Ashcroft Law Firm, L.L.C.<br><br>Brian Daniel Poe<br>Brian D. Poe, Attorney at Law PLLC |
| Defense Distributed | Chad Flores |
| Second Amendment Foundation | Flores Law, P.L.L.C. |
| Not An L.L.C., doing business as JSD Supply | J. Mark Brewer<br>Brewer & Pritchard, P.C.<br><br>Matthew Joseph Smid |

|  | Evans, Daniel, Moore, Evans, Biggs, & Smid |
|---|---|
| Polymer80 | Dennis Daniels<br>Bradley Arant Boult Cummings, L.L.P. |

| *Defendants-Appellants* | *Counsel for Defendants-Appellants* |
|---|---|
| Merrick Garland, United States Attorney General | Sean Janda<br>Daniel M. Riess<br>Abby Christine Wright<br>U.S. Department of Justice |
| United States Department of Justice | |
| Steven Dettelbach, in his official capacity as the Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives | |
| Bureau of Alcohol, Tobacco, Firearms, and Explosives | |

| *Amici Curiae* | *Counsel for Amici Curiae* |
|---|---|
| Firearms Regulatory Accountability Coalition | Stephen Obermeier<br>Wiley Rein, L.L.P. |
| Brady Center to Prevent Gun Violence ("Brady") | Kathleen R. Hartnett<br>Daniel Grooms<br>Adam M. Katz<br>Rachel A. Alpert<br>Cooley LLP |
| Everytown for Gun Safety Support Fund ("Everytown") | |
| March For Our Lives ("MFOL") | |

*Amici* Brady, Everytown, and MFOL are nonprofit corporations with no parent corporations. No publicly held company owns 10% or more of Brady, Everytown, or MFOL.

Respectfully Submitted,<br>
By: <u>/s/ Kathleen R. Hartnett</u><br>
*Attorney of Record for Amici*<br>
*Brady, Everytown, and MFOL*

3

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and Fifth Circuit Local Rule 29.1, Brady Center to Prevent Gun Violence ("Brady"), Everytown for Gun Safety Support Fund, and March For Our Lives ("MFOL") (together, the "Gun Violence Prevention Groups"), move for leave to file the attached *amicus* brief in support of Defendants-Appellants and reversal. *See, e.g.*, *Lefebure v. D'Aquilla*, 15 F.4th 670, 673, 676 (5th Cir. 2021) (explaining that "[c]ourts enjoy broad discretion to grant or deny leave to amici" and that courts are "well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted" (quotation marks omitted)). All parties consent to the Gun Violence Prevention Groups' request herein for leave to file an *amicus* brief.

Brady is the nation's longest-standing nonpartisan, nonprofit organization dedicated to reducing gun violence through education, research, and advocacy. Brady has researched the prevalence of ghost guns, created resources to demonstrate the ease with which ghost guns can be obtained and assembled, and advocated on behalf of commonsense measures to stop the spread of ghost guns.

Everytown for Gun Safety Support Fund ("Everytown") is the education, research, and litigation arm of Everytown for Gun Safety, the largest gun-violence-prevention organization in the nation. Everytown has researched and reported on the proliferation of unserialized guns and studied the detrimental effects of these guns on safety and federal and state laws.

MFOL is a nationwide organization of young people committed to advocating on behalf of sensible gun-violence-prevention policies. MFOL has fought to curtail the rapid rise of ghost guns and has focused on the deadly effects of ghost guns on teenagers.

Proposed *amici* regularly submit *amicus* briefs regarding gun violence and laws and regulations bearing on such violence.[1] They have litigated cases concerning ghost guns in particular.[2] Proposed *amici*

---

[1] *See, e.g.*, Brady Br., *New York State Rifle & Pistol Ass'n, et al. v. The City of New York, et al.*, No. 18-280 (S. Ct. May 14, 2019); Everytown Br., *Kim Rhode, et al. v. Xavier Becerra, et al.*, 20-55437 (9th Cir. June 19, 2020); MFOL Br., *Estados Unidos Mexicanos v. Smith & Wesson Brands, Inc., et al.*, 21-CV-11269, ECF No. 125 (D. Mass Feb. 3, 2022).

[2] *See, e.g., Everytown for Gun Safety, et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.*, 20-CV-6885 (S.D.N.Y.) (filed Aug. 26, 2020); *Mayor and City Council of Baltimore v. Polymer80, Inc., et al.*, 24-C-22-002482 (Cir. Ct. Baltimore Cty.) (filed June 1, 2022).

filed an *amicus* brief in the action below, *amicus* briefs in parallel litigations in the Southern District of Texas and in the District of North Dakota and Eighth Circuit, an *amicus* brief in connection with the stay proceedings before the Supreme Court of the United States, and an *amicus* brief in the Government's earlier appeals in this Court from preliminary injunctions entered by the district court.[3]

Given their deep expertise and interest in the subject-matter at issue in this litigation, proposed *amici* submit that the attached brief setting forth their views will provide the Court with timely assistance in its consideration of the lawful regulation of "ghost guns" and their core components. *See, e.g., Lefebure,* 15 F.4th at 675 ("An amicus who makes a strong but responsible presentation in support of a party can

---

[3] Gun Violence Prevention Groups Br., *VanDerStok, et al. v. Merrick Garland, et al.*, 22-CV-691, ECF No. 59 (N.D. Tex. Sept. 8, 2022); Gun Violence Prevention Groups Br., *Division 80 LLC v. Merrick Garland, et al.*, 22-CV-148, ECF No. 24-1 (S.D. Tex. July 8, 2022); Gun Violence Prevention Groups Br., *Morehouse Enterprises, LLC, et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.*, 22-CV-116, ECF No. 66 (D.N.D. Aug. 16, 2022); Gun Violence Prevention Groups Br., *Morehouse Enterprises, LLC, et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.*, No. 22-2812 (Dec. 5, 2022); Gun Violence Prevention Groups Br., *Merick Garland, et al. v. VanDerStok, et al.*, No. 23A82 (Sup. Ct. Aug. 1, 2023); *VanDerStok, et al. v. Merrick Garland*, No. 22-11071, ECF No. 55 (5th Cir. Dec. 29, 2022).

6

truly serve as the court's friend." (cleaned up)). Accordingly, proposed *amici* respectfully request leave to file the attached *amicus* brief.

August 16, 2023                    Respectfully Submitted,
                                   By: */s/ Kathleen R. Hartnett*

KATHLEEN R. HARTNETT              DANIEL GROOMS
COOLEY LLP                        COOLEY LLP
3 Embarcadero Center              1299 Pennsylvania Avenue, NW
San Francisco, CA 94111           Washington, DC 20004
Telephone: (415) 693-2000         Telephone: (202) 776-2042
khartnett@cooley.com              dgrooms@cooley.com

ADAM M. KATZ                      *Counsel for Proposed Amici Curiae*
RACHEL H. ALPERT
COOLEY LLP
500 Boylston St.
Boston, MA 02116
akatz@cooley.com
ralpert@cooley.com
(617) 937-2351

7

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished through this Court's CM/ECF system.

August 16, 2023                  Respectfully Submitted,
                                                  By: /s/ *Kathleen R. Hartnett*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 27(d)(1)(E), 27(d)(2), and 32(a), I hereby certify that the foregoing motion complies with length, typeface, and type-style requirements. This motion contains 706 words and was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

August 16, 2023                    Respectfully Submitted,
                                   By: /s/ *Kathleen R. Hartnett*