# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10718

---

Jennifer VanDerStok; Michael G. Andren; Tactical Machining, L.L.C., *a limited liability company*; Firearms Policy Coalition, Incorporated, *a nonprofit corporation*,

*Plaintiffs—Appellees*,

Blackhawk Manufacturing Group, Incorporated, *doing business as* 80 Percent Arms; Defense Distributed; Second Amendment Foundation, Incorporated; Not An L.L.C., *doing business as* JSD Supply; Polymer80, Incorporated,

*Intervenor Plaintiffs—Appellees*,

*versus*

Merrick Garland, *U.S. Attorney General*; United States Department of Justice; Steven Dettelbach, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-691

---

ORDER:

No. 23-10718

IT IS ORDERED that the motion of Gun Owners for Safety to file an amicus curiae brief is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT