# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 17, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10718   VanDerStok v. Garland
                   USDC No. 4:22-CV-691

Enclosed is an order entered in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Roeshawn Johnson, Deputy Clerk
                                  504-310-7998

Mr. William V. Bergstrom
Mr. Connor McCarthy Blair
Mr. J. Mark Brewer
Mr. Richard Brent Cooper
Mr. Dennis Daniels
Mr. Chad Flores
Ms. Kathleen R. Hartnett
Mr. Sean Janda
Mr. Adam M. Katz
Ms. Karen S. Mitchell
Mr. Stephen Obermeier
Mr. Peter A. Patterson
Mr. Brian Daniel Poe
Mr. Daniel M. Riess
Mr. Matthew Joseph Smid
Mr. Michael J. Sullivan
Mr. John Parker Sweeney
Mrs. Jennifer L. Swize
Mr. David H. Thompson
Ms. Abby Christine Wright