# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 21, 2023

Mrs. Jennifer L. Swize
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

     No. 23-10718   VanDerStok v. Garland
                       USDC No. 4:22-CV-691

Dear Mrs. Swize,

You must submit (7) paper copies of your brief required by 5th Cir. R. 31.1 within 1 day of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

**Due to the appeal being expedited, please overnight the paper copies of your brief.**

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Roeshawn Johnson, Deputy Clerk
                               504-310-7998

cc:  Mr. William V. Bergstrom
     Mr. Connor McCarthy Blair
     Mr. J. Mark Brewer
     Mr. Richard Brent Cooper
     Mr. Dennis Daniels
     Mr. Chad Flores
     Ms. Kathleen R. Hartnett
     Mr. Sean Janda
     Mr. Adam M. Katz
     Mr. Stephen Obermeier

Mr. Peter A. Patterson
Mr. Brian Daniel Poe
Mr. Daniel M. Riess
Mr. Matthew Joseph Smid
Mr. Michael J. Sullivan
Mr. John Parker Sweeney
Mr. David H. Thompson
Ms. Abby Christine Wright