# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 24, 2023

Mr. Michael J. Sullivan
Ashcroft Law Firm, L.L.C.
200 State Street
Suite 2700
Boston, MA 02109

     No. 23-10718   VanDerStok v. Garland
                        USDC No. 4:22-CV-691

Dear Mr. Sullivan,

You must submit (7) paper copies of your brief required by 5th Cir. R. 31.1 within 1 day of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

**Due to the appeal being expedited, please overnight the paper copies of your brief.**

                            Sincerely,

                            LYLE W. CAYCE, Clerk
                            /
                            By: *Roeshawn Johnson*
_____  Roeshawn Johnson, Deputy Clerk
                            504-310-7998

cc:  Mr. William V. Bergstrom
     Mr. Connor McCarthy Blair
     Mr. J. Mark Brewer
     Mr. Richard Brent Cooper
     Mr. Dennis Daniels
     Mr. Chad Flores
     Ms. Kathleen R. Hartnett
     Mr. Sean Janda
     Mr. Adam M. Katz
     Mr. Stephen Obermeier
     Mr. Peter A. Patterson
     Mr. Brian Daniel Poe
     Mr. Daniel M. Riess
     Mr. Matthew Joseph Smid
     Mr. John Parker Sweeney
     Mrs. Jennifer L. Swize
     Mr. David H. Thompson
     Ms. Abby Christine Wright