# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 25, 2023

Mr. James Wallace Porter III
Bradley Arant Boult Cummings, L.L.P.
1819 5th Avenue, N.
1 Federal Place
Birmingham, AL 35203-2119

    No. 23-10718   VanDerStok v. Garland
                     USDC No. 4:22-CV-691

Dear Mr. Porter,

The submitted appearance form does not match the registered attorney. The appearance form submitted for Mr. Marc Nardone must be filed by that attorney.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Renee S. McDonough, Deputy Clerk
                              504-310-7673