# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 28, 2023

Mr. Anthony Roman Napolitano
Bergin, Frakes, Smalley & Oberholtzer, P.L.L.C.
4343 E. Camelback Road
Suite 210
Phoenix, AZ 85018

        No. 23-10718     VanDerStok v. Garland
                         USDC No. 4:22-CV-691

Dear Mr. Napolitano,

You must submit the 7 paper copies of your brief required by 5th
Cir. R. 31.1 within 5 days of the date of this notice pursuant to
5th Cir. ECF Filing Standard E.1.  Failure to timely provide the
appropriate number of copies may result in the dismissal of your
appeal pursuant to 5th Cir. R. 42.3.  Exception:  As of July 2,
2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper
copies of your brief must **not** contain a header noting "RESTRICTED".
Therefore, please be sure that you print your paper copies **from
this notice of docket activity** and not the proposed sufficient
brief filed event so that it will contain the proper filing header.
Alternatively, you may print the sufficient brief directly from
your original file without any header.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            *Renee McDonough*

                            By: _____
                            Renee S. McDonough, Deputy Clerk
                            504-310-7673

cc:
        Mr. Brian A Abbas
        Mr. William V. Bergstrom
        Mr. Connor McCarthy Blair
        Mr. J. Mark Brewer
        Mr. Richard Brent Cooper

Mr. Dennis Daniels
Mr. Chad Flores
Ms. Kathleen R. Hartnett
Mr. Sean Janda
Mr. Adam M. Katz
Mr. Marc A. Nardone
Mr. Stephen Obermeier
Mr. Peter A. Patterson
Mr. Brian Daniel Poe
Mr. James Wallace Porter III
Mr. Daniel M. Riess
Mr. Matthew Joseph Smid
Mr. Michael J. Sullivan
Mr. John Parker Sweeney
Mrs. Jennifer L. Swize
Mr. David H. Thompson
Ms. Abby Christine Wright