# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 28, 2023

Ms. Erin Murphy
Clement & Murphy, P.L.L.C.
706 Duke Street
Alexandria, VA 22314

    No. 23-10718   VanDerStok v. Garland
                       USDC No. 4:22-CV-691

Dear Ms. Murphy,

We filed your brief. However, you must make the following corrections within the next 10 days.

You need to correct or add:

Caption on the brief does not agree with the caption of the case in compliance with FED. R. APP. P. 32(a)(2)(C). Caption must exactly match the Court's Official Caption (See Official Caption below)

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
    Mr. Brian A Abbas
    Mr. William V. Bergstrom
    Mr. Connor McCarthy Blair
    Mr. J. Mark Brewer
    Mr. Richard Brent Cooper
    Mr. Dennis Daniels
    Mr. Chad Flores
    Ms. Kathleen R. Hartnett
    Mr. Sean Janda
    Mr. Adam M. Katz
    Mr. Anthony Roman Napolitano
    Mr. Marc A. Nardone
    Mr. Stephen Obermeier
    Mr. Peter A. Patterson
    Mr. Brian Daniel Poe
    Mr. James Wallace Porter III
    Mr. Daniel M. Riess
    Mr. Matthew Joseph Smid
    Mr. Michael J. Sullivan
    Mr. John Parker Sweeney
    Mrs. Jennifer L. Swize
    Mr. David H. Thompson
    Ms. Abby Christine Wright

Case No. 23-10718

Jennifer VanDerStok; Michael G. Andren; Tactical Machining, L.L.C., a limited liability company; Firearms Policy Coalition, Incorporated, a nonprofit corporation,

    Plaintiffs - Appellees

Blackhawk Manufacturing Group, Incorporated, doing business as 80 Percent Arms; Defense Distributed; Second Amendment Foundation, Incorporated; Not An L.L.C., doing business as JSD Supply; Polymer80, Incorporated,

    Intervenor Plaintiffs - Appellees

v.

Merrick Garland, U.S. Attorney General; United States Department of Justice; Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

    Defendants - Appellants