# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 29, 2023

Ms. Erin Murphy
Clement & Murphy, P.L.L.C.
706 Duke Street
Alexandria, VA 22314

    No. 23-10718   VanDerStok v. Garland
                     USDC No. 4:22-CV-691

Dear Ms. Murphy,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

If your brief was insufficient and required corrections, the paper copies of your brief must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief directly from your original file without any header.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Renee S. McDonough, Deputy Clerk
                      504-310-7673

cc:
    Mr. Brian A Abbas
    Mr. William V. Bergstrom
    Mr. Connor McCarthy Blair
    Mr. J. Mark Brewer
    Mr. Paul D. Clement
    Mr. Richard Brent Cooper

```
Mr. Dennis Daniels
Mr. Chad Flores
Ms. Kathleen R. Hartnett
Mr. Sean Janda
Mr. Adam M. Katz
Mr. Anthony Roman Napolitano
Mr. Marc A. Nardone
Mr. Stephen Obermeier
Mr. Peter A. Patterson
Mr. Brian Daniel Poe
Mr. James Wallace Porter III
Mr. Daniel M. Riess
Mr. Matthew Joseph Smid
Mr. Michael J. Sullivan
Mr. John Parker Sweeney
Mrs. Jennifer L. Swize
Mr. David H. Thompson
Ms. Abby Christine Wright
```