# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 19, 2023

Mr. Chad Flores
Flores Law, P.L.L.C.
917 Franklin Street
Suite 600
Houston, TX 77002

Mr. James Wallace Porter III
Bradley Arant Boult Cummings, L.L.P.
1819 5th Avenue, N.
1 Federal Place
Birmingham, AL 35203-2119

Mr. Michael J. Sullivan
Ashcroft Law Firm, L.L.C.
200 State Street
Suite 2700
Boston, MA 02109

Mr. David H. Thompson
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

       No. 23-10718   VanDerStok v. Garland
                      USDC No. 4:22-CV-691

Dear Counsel:

Please be advised that the court has requested a response to the Appellants' opposed motion to vacate injunction pending appeal to be filed on or before noon on Friday, September 22, 2023.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc:  Mr. Brian A Abbas
     Mr. William V. Bergstrom
     Mr. Connor McCarthy Blair
     Mr. J. Mark Brewer
     Mr. Paul D. Clement
     Mr. Richard Brent Cooper
     Mr. Dennis Daniels
     Ms. Courtney Dixon
     Ms. Kathleen R. Hartnett
     Mr. Sean Janda
     Mr. Adam M. Katz
     Ms. Erin Murphy
     Mr. Anthony Roman Napolitano
     Mr. Marc A. Nardone
     Mr. Stephen Obermeier
     Mr. Peter A. Patterson
     Mr. Brian Daniel Poe
     Mr. Daniel M. Riess
     Mr. Matthew Rowen
     Mr. Matthew Joseph Smid
     Mr. John Parker Sweeney
     Mrs. Jennifer L. Swize
     Mr. Cody J. Wisniewski
     Ms. Abby Christine Wright