# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 25, 2023

Mr. Sean Janda
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Suite 7260
Washington, DC 20530

    No. 23-10718   VanDerStok v. Garland
                      USDC No. 4:22-CV-691

Dear Counsel:

Please be advised that the court has requested supplemental briefing.  The Department of Justice is ordered to respond to the following questions by 9:00 a.m. on Wednesday, September 27, 2023:

1. Does the United States Government intend to enforce ATF's Final Rule pending appeal with respect to the parties in this case?

2. Does the United States Government intend to enforce ATF's Final Rule pending appeal with respect to the parties' customers?

The Government is welcome to file a response of any length to both questions. But its answers should begin "Yes" or "No."

```
                            Sincerely,

                            LYLE W. CAYCE, Clerk
                            Roeshawn Johnson
                            By: _____
                            Roeshawn Johnson, Deputy Clerk
                            504-310-7998
```

cc:  Mr. Brian A Abbas
     Mr. William V. Bergstrom
     Mr. Connor McCarthy Blair
     Mr. J. Mark Brewer
     Mr. Paul D. Clement
     Mr. Richard Brent Cooper
     Mr. Dennis Daniels
     Ms. Courtney Dixon
     Mr. Chad Flores
     Ms. Kathleen R. Hartnett
     Mr. Adam M. Katz
     Ms. Erin Murphy
     Mr. Anthony Roman Napolitano
     Mr. Marc A. Nardone
     Mr. Stephen Obermeier
     Mr. Peter A. Patterson
     Mr. Brian Daniel Poe
     Mr. James Wallace Porter III
     Mr. Daniel M. Riess
     Mr. Matthew Rowen
     Mr. Matthew Joseph Smid
     Mr. Michael J. Sullivan
     Mr. John Parker Sweeney
     Mrs. Jennifer L. Swize
     Mr. David H. Thompson
     Mr. Cody J. Wisniewski
     Ms. Abby Christine Wright