

Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 893-9440
chadfloreslaw.com

September 28, 2023

United States Court of Appeals for the Fifth Circuit
Lyle W. Cayce, Clerk of Court
600 South Maestri Place, Suite 115
New Orleans, Louisiana 70130-3408

Dear Mr. Cayce,

    At today's oral argument, Defense Distributed cited page 15 of the government's Supreme Court application for a stay. Here is the cited material, which shows that the Supreme Court's decision to issue a stay does not necessarily entail a "likelihood of success" holding as to anything:

> 15
>
> **ARGUMENT**
>
> An applicant for a stay pending appeal and certiorari must establish (1) "a reasonable probability that this Court would eventually grant review," (2) "a fair prospect that the Court would reverse," and (3) "that the applicant would likely suffer irreparable harm absent the stay" and "the equities" otherwise support relief. <u>Merrill</u> v. <u>Milligan</u>, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring). Those requirements are satisfied here.

Sincerely,

*Chad Flores*

Chad Flores
(713) 893-9444
cf@chadfloreslaw.com

Counsel for Defense Distributed