# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 9, 2023
Lyle W. Cayce
Clerk

No. 23-10718

Jennifer VanDerStok; Michael G. Andren; Tactical Machining, L.L.C., *a limited liability company*; Firearms Policy Coalition, Incorporated, *a nonprofit corporation*,

*Plaintiffs—Appellees*,

Blackhawk Manufacturing Group, Incorporated, *doing business as* 80 Percent Arms; Defense Distributed; Second Amendment Foundation, Incorporated; Not An L.L.C., *doing business as* JSD Supply; Polymer80, Incorporated,

*Intervenor Plaintiffs—Appellees*,

*versus*

Merrick Garland, *U.S. Attorney General*; United States Department of Justice; Steven Dettelbach, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-691

Before Willett, Engelhardt, and Oldham, *Circuit Judges*.

No. 23-10718

# JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and VACATED IN PART, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Andrew S. Oldham, *Circuit Judge*, concurring.