# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10718

---

Jennifer VanDerStok; Michael G. Andren; Tactical Machining, L.L.C., *a limited liability company*; Firearms Policy Coalition, Incorporated, *a nonprofit corporation*,

*Plaintiffs—Appellees*,

Blackhawk Manufacturing Group, Incorporated, *doing business as* 80 Percent Arms; Defense Distributed; Second Amendment Foundation, Incorporated; Not An L.L.C., *doing business as* JSD Supply; Polymer80, Incorporated,

*Intervenor Plaintiffs—Appellees*,

*versus*

Merrick Garland, *U.S. Attorney General*; United States Department of Justice; Steven Dettelbach, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-691

---

## UNPUBLISHED ORDER

Before Willett, Engelhardt, and Oldham, *Circuit Judges*.

Per Curiam:

Given the Government's stated lack of opposition,

IT IS ORDERED that Appellees' motion for issuance of the mandate forthwith is GRANTED.

IT IS FURTHER ORDERED that the alternative motion to issue its mandate if no petition for panel rehearing or rehearing en banc is filed within seven days of the issuance of its order determining this motion is DENIED as moot.