# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 20, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10718   VanDerStok v. Garland
                   USDC No. 4:22-CV-691

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. Brian A Abbas
Mr. William V. Bergstrom
Mr. Connor McCarthy Blair
Mr. J. Mark Brewer
Mr. Paul D. Clement
Mr. Richard Brent Cooper
Mr. Dennis Daniels
Ms. Courtney Dixon
Mr. Chad Flores
Ms. Kathleen R. Hartnett
Mr. Sean Janda
Mr. Adam M. Katz
Ms. Karen S. Mitchell
Ms. Erin Murphy
Mr. Anthony Roman Napolitano
Mr. Marc A. Nardone
Mr. Stephen Obermeier
Mr. Peter A. Patterson
Mr. Brian Daniel Poe
Mr. James Wallace Porter III
Mr. Daniel M. Riess
Mr. Matthew Rowen
Mr. Matthew Joseph Smid
Mr. Mark Bernard Stern
Mr. Michael J. Sullivan
Mr. John Parker Sweeney
Mrs. Jennifer L. Swize
Mr. David H. Thompson
Mr. Cody J. Wisniewski
Ms. Abby Christine Wright