# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 20, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 23-10718   VanDerStok v. Garland
                        USDC No. 4:22-CV-691

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____
                             Roeshawn Johnson, Deputy Clerk
                             504-310-7998

cc:  Mr. Brian A Abbas
     Mr. William V. Bergstrom
     Mr. Connor McCarthy Blair
     Mr. J. Mark Brewer
     Mr. Paul D. Clement
     Mr. Richard Brent Cooper
     Mr. Dennis Daniels
     Ms. Courtney Dixon
     Mr. Chad Flores
     Ms. Kathleen R. Hartnett
     Mr. Sean Janda
     Mr. Adam M. Katz
     Ms. Erin Murphy
     Mr. Anthony Roman Napolitano
     Mr. Marc A. Nardone
     Mr. Stephen Obermeier
     Mr. Peter A. Patterson
     Mr. Brian Daniel Poe
     Mr. James Wallace Porter III
     Mr. Daniel M. Riess

Mr. Matthew Rowen
Mr. Matthew Joseph Smid
Mr. Mark Bernard Stern
Mr. Michael J. Sullivan
Mr. John Parker Sweeney
Mrs. Jennifer L. Swize
Mr. David H. Thompson
Mr. Cody J. Wisniewski
Ms. Abby Christine Wright