# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 23, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 23-10718   VanDerStok v. Garland
                        USDC No. 4:22-CV-691

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Renee S. McDonough, Deputy Clerk
                              504-310-7673

cc:
    Mr. Brian A Abbas
    Mr. William V. Bergstrom
    Mr. Connor McCarthy Blair
    Mr. J. Mark Brewer
    Mr. Paul D. Clement
    Mr. Richard Brent Cooper
    Mr. Dennis Daniels
    Ms. Courtney Dixon
    Mr. Chad Flores
    Ms. Kathleen R. Hartnett
    Mr. Sean Janda
    Mr. Adam M. Katz-Gelburd
    Ms. Erin Murphy
    Mr. Anthony Roman Napolitano
    Mr. Marc A. Nardone
    Mr. Donald Sean Nation

Mr. Stephen Obermeier
Mr. Peter A. Patterson
Mr. Brian Daniel Poe
Mr. James Wallace Porter III
Mr. Daniel M. Riess
Mr. Matthew Rowen
Mr. Matthew Joseph Smid
Mr. Mark Bernard Stern
Mr. Michael J. Sullivan
Mr. John Parker Sweeney
Mrs. Jennifer L. Swize
Mr. David H. Thompson
Mr. Cody J. Wisniewski
Ms. Abby Christine Wright